CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>L & N LIMITED PARTNERS, a California Limited Partnership; MICHAEL LONDON DITTUS; and Does 1-10,<br><br>    Defendants. | Case No.: 5:19-CV-06213-BLF<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

The plaintiff expects that the stipulation for dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: May 22, 2020          By: /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorney for Plaintiff

Notice of Settlement          -1-          5:19-CV-06213-BLF