CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

MARK W. HOSTETTER (SBN: 223264)
mwhLegal@gmail.com
LAW OFFICE OF MARK W. HOSTETER
181 Devine Street
San Jose, CA 95110
Telephone: (408) 375-8545
Attorneys for Defendants
L & N Limited Partners and Michael London Dittus

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>L & N LIMITED PARTNERS, a California Limited Partnership; MICHAEL LONDON DITTUS; and Does 1-10,<br><br>　　　Defendants. | Case: 5:19-CV-06213-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 12, 2020        CENTER FOR DISABILITY ACCESS

                            By: /s/ Amanda Lockhart Seabock
                                Amanda Lockhart Seabock
                                Attorneys for Plaintiff

Dated: June 12, 2020        LAW OFFICE OF MARK W. HOSTETER

                            By: /s/ Mark W. Hostetter
                                Mark W. Hostetter
                                Attorneys for Defendants
                                L & N Limited Partners and Michael
                                London Dittus

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Mark W. Hostetter, counsel for L & N Limited Partners and Michael London Dittus, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 12, 2020    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff